JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., <br><br> Defendant. | Case No.: 8:19-cv-00705-JLS-JDE <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Pursuant to the Joint Motion for Dismissal, the Court ORDERS as follows:

1. That the action, including Plaintiff's Claims and Defendant's counterclaims, is hereby DISMISSED *with prejudice* in its entirety, and
2. That each party shall bear its own costs, expenses and fees in this action.

**IT IS SO ORDERED.**

Dated: February 05, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE